## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEATHER OHARA** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | **NO.  17-805** |
| **DISCOVER BANK,** *et al* | : | |

### ORDER

**AND NOW**, this 29th day of September 2017, upon considering the parties' Stipulation of Dismissal (ECF Doc. No. 16) and noting Trans Union LLC is the last remaining Defendant, it is **ORDERED** the Stipulation (ECF Doc. No. 16) is **GRANTED**:

1.      Defendant Trans Union LLC is **DISMISSED** with each party to bear its own costs;

2.      The action is **DISMISSED** with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and,

3.      The Clerk of Court shall mark this matter **CLOSED**.

KEARNEY, J.